UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JUAN ALEXI ORTIZ VIGIL, #099537629,

Petitioner,

v. CIVIL ACTION NO. 2:26cv553

JEFFREY CRAWFORD,
*ICA-Farmville Detention Center*,

And

ROBERT GUADIAN,
*ICE Washington Field Office,*

Respondents.

**FINAL ORDER**

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2241 submitted by *pro se* Petitioner Juan Alexi Ortiz Vigil ("Petitioner"). ECF No. 1. Petitioner alleges that he is unlawfully subject to an immigration detainer, and he seeks release from ICE custody or, in the alternative, a fair bond hearing. Respondent filed a Motion to Dismiss arguing that Petitioner was subject to mandatory detention under 8 U.S.C. § 1231, as he is subject to a final removal order.

The matter was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia. The Magistrate Judge's Report and Recommendation filed July 22, 2026, recommends that Respondent's Motion to Dismiss be granted and the petition be

denied and dismissed. R&R, ECF No. 9. Should Petitioner's detention under 8 U.S.C. § 1231 continue to the degree that *Zadvydas's*[1] due process concerns are triggered, he may assert that new grounds for relief in a new petition. The Report and Recommendation advised each party of his right to object and the time limit for doing so. The court has received no objections to the Report and Recommendation and the time for filing objections has now expired. The Report and Recommendation has not been returned to the court as undeliverable.

Accordingly, the court does hereby accept the findings and recommendations set forth in the Report and Recommendation filed July 22, 2026 (ECF No. 9), and it is therefore **ORDERED** that Respondent's Motion to Dismiss (ECF No. 6) is **GRANTED** and the Petition (ECF No. 1) is **DENIED** and **DISMISSED**. It is further **ORDERED** that, should Petitioner's detention under 8 U.S.C. § 1231 continue to the degree that *Zadvydas's* due process concerns are triggered, he may assert that new grounds for relief in a new petition.

**If Petitioner intends to appeal this Final Order, he must within sixty (60) days from the date of this Order file a written notice of appeal with the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510. Frayer v. Warden, FCI Beckley, No. 23-6054, 2023 WL 3268719, at *1 (4th Cir. May 5, 2023) ("When the United States or its officer or agency is a party in a civil case, the notice of appeal must be filed no more than 60 days after the entry of the district court's final**

[1] *Zadvydas v. Davis*, 533 U.S. 678 (2001).

**judgment or order.”).**

The Clerk shall mail a copy of this Final Order to Petitioner and provide an electronic copy to counsel of record for Respondent.

**IT IS SO ORDERED**.

/s/
Arenda L. Wright Allen
Senior United States District Judge

August 19, 2026
Norfolk, Virginia